## IN THE SUPREME COURT OF THE STATE OF NEVADA

ALFRED R. WARNER, III,
Petitioner,
vs.
THE HONORABLE ADRIANA
ESCOBAR, DISTRICT JUDGE; AND
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondents,
and
ANNIE LAURIE DIMARTINI; AND
HAROLD REILLY,
Real Parties in Interest.

No. 84074



**FILED**

JAN 21 2022



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This emergency, original petition for a writ of mandamus challenges an oral district court ruling denying petitioner's motion to set aside a default.

Having considered the petition and supporting documentation, we are not convinced that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, we are not persuaded that an appeal following a final judgment would be an inadequate remedy. *See* NAR 18(F) (party can appeal to challenge order

22-02223

striking trial de novo request); NAR 19(B) (an appeal may be taken from a judgment on an arbitration award to challenge an interlocutory district court order disposing of part of the action); NSTR 33 (allowing appeal from final judgment); *Pan*, 120 Nev. at 224, 88 P.3d at 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Silver

_____ , J.
Cadish

_____ , J.
Pickering

cc:    Hon. Adriana Escobar, District Judge
       Robert W. Lueck, Ltd.
       Rumph & Peyton
       Qualey Law Group
       Eighth District Court Clerk